IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **10-cr-4-JLK**

**UNITED STATES OF AMERICA,**

       Plaintiff,

v.

**1.    JOHN MICHAEL KIRBY,**

       Defendant.

**MINUTE ORDER
SETTING TRIAL DATE AND OTHER DEADLINES**

Judge John L. Kane **ORDERS**

       All pretrial motions in this matter are due on or before **January 21, 2010;** responses to these motions are due **January 29, 2010**.  It is

       FURTHER ORDERED that a **Final Trial Preparation Conference** is set for **February 26, 2010, at 11:00 a.m..**  A **Motions Hearing** is scheduled for **February 17, 2010, at 10:00 a.m.**  It is

       FURTHER ORDERED that a **4-day jury trial** is set for **March 1, 2010 at 9:00 a.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

Dated:  January 7, 2010