IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **10-cr-4-JLK**

**UNITED STATES OF AMERICA,**

        Plaintiff,

v.

**1.  JOHN MICHAEL KIRBY,**

        Defendant.

---

### MINUTE ORDER SETTING CHANGE OF PLEA HEARING

---

Judge John L. Kane **ORDERS**

This matter is before the court on Defendant's Notice of Disposition (doc. #14), filed February 5, 2010. It is

**ORDERED** that a **Change of Plea Hearing** is set for **March 4, 2010 at 9:00 a.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street. Counsel shall submit copies of the "Statement in Advance of Change of Plea" and "Plea Agreement" to Judge Kane's Chambers and to the Probation Department no later than noon on March 2, 2010. The original and one copy of these documents should be delivered to the courtroom deputy at the time of the hearing. It is

**FURTHER ORDERED** that the jury trial set for March 1, 2010 is **VACATED.** The Motions Hearing/Final Trial Preparation Conference set for February 26, 2010 is likewise **VACATED**.

---

Dated:  February 11, 2010